UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-03664 |
| | ) | |
| REGINE THEODULE, | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **July 25, 2017**, I caused a true and correct copy of the **Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

TheoduleAmdNFRCrtSrv

# SERVICE LIST
## REGINE THEODULE, DEBTOR
## CASE NO. 16-03664

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Regine Theodule
112 E. 50th Street, #2W
Chicago, IL 60615-2103

Us Dept. of Education
Claims Filing Unit
Po Box 8973
Madison WI 53708-8973

TheoduleTFRSrvList