# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Regine Theodule | § | Case No. 16-03664 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 25,100.00                              Assets Exempt: 128,749.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,414.18              Claims Discharged
                                                         Without Payment:  91,286.20

Total Expenses of Administration:  1,494.87

---

3) Total gross receipts of $ 6,909.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,909.05  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 40,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,494.87 | 1,494.87 | 1,494.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 40,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,834.14 | 14,276.99 | 14,276.99 | 5,414.18 |
| **TOTAL DISBURSEMENTS** | $ 97,834.14 | $ 15,771.86 | $ 15,771.86 | $ 6,909.05 |

   4)  This case was originally filed under chapter 7 on  02/07/2016 .  The case was pending for 20 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  09/21/2017                 By:/s/STEVEN R. RADTKE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fifth Third Bank checking account | 1129-000 | 6,909.05 |
| **TOTAL GROSS RECEIPTS** | | **$6,909.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank | | 30,000.00 | NA | NA | 0.00 |
| | Toyota Financial | | 10,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 40,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,440.91 | 1,440.91 | 1,440.91 |
| STEVEN R. RADTKE | 2200-000 | NA | 3.96 | 3.96 | 3.96 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,494.87 | $ 1,494.87 | $ 1,494.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank | | 30,000.00 | NA | NA | 0.00 |
| | Toyota Financial | | 10,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 40,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michiana Condo Association | | 210.47 | NA | NA | 0.00 |
| | Nordstrom | | 1,762.92 | NA | NA | 0.00 |
| | TJX Rewards | | 450.00 | NA | NA | 0.00 |
| 1 | Us Dept Of Education | 7100-000 | 15,410.75 | 14,276.99 | 14,276.99 | 5,414.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,834.14 | $ 14,276.99 | $ 14,276.99 | $ 5,414.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-03664 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Regine Theodule | | | | Date Filed (f) or Converted (c): | 02/07/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 09/21/2017 | | | | Claims Bar Date: | 01/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 112 E. 50th-#2W, Chicago, IL 60615 | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 2. 2009 Toyota Camry | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 3. Miscellaneous furniture and furnishings | 2,100.00 | 2,100.00 | | 0.00 | FA |
| 4. TV, VCR, cell phone | 400.00 | 400.00 | | 0.00 | FA |
| 5. Clothes | 500.00 | 500.00 | | 0.00 | FA |
| 6. Fifth Third Bank checking account | 3,000.00 | 3,000.00 | | 6,909.05 | FA |
| 7. Citibank savings account | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 8. 401K | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 9. Pension Plan-University of Chicago | 76,849.00 | 76,849.00 | | 0.00 | FA |
| 10. MetropolitanLife Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Blue Cross/Blue Shield | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $156,849.00 | $156,849.00 | | $6,909.05 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

6/2017  Awaiting final payment on collection of non-exempt bank funds (TFR set for hearing on 8/30/17)

3/2017 Payments continue

1/2017  Received $5,000; remainder in installments beginning 1/2017

12/2016 Agreed to settle for $6,909.05

Possible interest in nonexempt bank funds

Initial Projected Date of Final Report (TFR): 06/30/2018	Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-03664 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Regine Theodule | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6305 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1482 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/21/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/17 | 6 | Regine Theodule | Turnover of Non-exempt funds Initial payment on settlement | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 02/24/17 | 6 | Regine Theodule | Turnover of Non-exempt funds Represents installment payments for January and February, 2017 | 1129-000 | $400.00 | | $5,390.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,380.00 |
| 03/22/17 | 6 | Regine Theodule | Turnover of Non-exempt funds | 1129-000 | $700.00 | | $6,080.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,070.00 |
| 05/02/17 | 6 | Regine Theodule | Turnover of Non-exempt funds | 1129-000 | $300.00 | | $6,370.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,360.00 |
| 05/31/17 | 6 | Regine Theodule | Turnover of Non-exempt funds | 1129-000 | $250.00 | | $6,610.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,600.00 |
| 07/06/17 | 6 | Regine Theodule | Turnover of Non-exempt funds- final | 1129-000 | $259.05 | | $6,859.05 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,849.05 |
| 07/27/17 | | Associated Bank | Refund Bank Service Charge | 2600-000 | | ($10.00) | $6,859.05 |

Page Subtotals: $6,909.05 $50.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-03664 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Regine Theodule | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6305 |
| | Checking |
| Taxpayer ID No: XX-XXX1482 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/17 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,440.91 | $5,418.14 |
| 08/30/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.96 | $5,414.18 |
| 08/30/17 | 1003 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 1 representing a payment of 37.92 % per court order. | 7100-000 | | $5,414.18 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,909.05 | $6,909.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,909.05 | $6,909.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,909.05 | $6,909.05 |

Page Subtotals: $0.00 $6,859.05

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6305 - Checking | $6,909.05 | $6,909.05 | $0.00 |
| | $6,909.05 | $6,909.05 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,909.05 |
| Total Gross Receipts: | $6,909.05 |

Page Subtotals:    $0.00    $0.00